FILED '09 MAY 13 07:46 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GLEN A. SIRRINE,              )
                              )
          Plaintiff,          )
                              )   Civil No. 07-1288-TC
     v.                       )
                              )   ORDER
COMMISSIONER OF SOCIAL SECURITY)
                              )
          Defendant.          )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 17, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's decision is reversed, and this case is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this _____ 12th _____ day of May, 2009.

_____
United States District Judge

2    - ORDER