DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Glen Sirrine**

**Plaintiff,**

**vs.**                                         **Civil No. 07-cv-01288-TC**

**Commissioner of Social Security**
                                                **ORDER GRANTING AWARD**
        **Defendant.**                          **OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $6.85, costs in the amount of $11.40, and

attorney's fees in the amount of $4660.12, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920. Payment should be made to plaintiff's attorney

Done this 29T day of May , 2009.

_____
Judge

**Page 1 - ORDER GRANTING AWARD OF EAJA FEES**